Docusign Envelope ID: 7CCDFD40-4072-81AB-8129-EE73A174A985



EVAN KROLL (SBN 333754)
ekroll@mcdermottlaw.com
**MCDERMOTT WILL & SCHULTE LLP**
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
Telephone: (310) 277-4110

Attorneys for Defendant
G2I Inc.

McDermott Will & Schulte LLP
Attorneys At Law
Los Angeles

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

CHARLES WALLACE, an individual,

Plaintiffs,

v.

G2I Inc., a Florida corporation; and DOES 1-10, inclusive,

Defendants.

CASE NO.

**DECLARATION OF GABRIEL GREENBERG IN SUPPORT OF DEFENDANT G2I INC.'S NOTICE OF REMOVAL TO FEDERAL COURT**

[Removed from Butte County Superior Court, Case No 26CV02192]

Complaint filed: May 19, 2026

FAC filed: September 8, 2026
Trial date: TBD

MCDERMOTT WILL & SCHULTE LLP
ATTORNEYS AT LAW
LOS ANGELES

# DECLARATION OF GABRIEL GREENBERG

I, Gabriel Greenberg, declare:

1. I make this declaration in support of Defendant G2I Inc.'s ("G2I") notice of removal to federal court. The statements contained in this declaration are true and based on my personal knowledge, and upon my review of: (a) G2I's business records, which are created, maintained, and stored in the normal course of G2I's business operations and which I have access by virtue of my position with G2I; and (b) G2I's corporate filings with the Florida Secretary of State which are publicly available, except as otherwise indicated. If called upon as a witness to testify to these statements, I could and would competently do so under oath.

2. I incorporated G2I in March 2013 and have been employed as its Chief Executive Officer since incorporation. Throughout the course of my employment and in the execution of my normal job duties, I have access to: (1) G2I's business records and information, which are created, maintained, and stored in the normal course of G2I's business operations; (2) G2I's corporate documents filed with the Florida Secretary of State, which are also available to the public online.

3. Based upon my knowledge of G2I and review of the documents set forth above, G2I was incorporated on March 13, 2013 under the laws of the State of Florida. G2I's principal place of business is Miami, Florida. Miami, Florida is where G2I's corporate headquarters is located, from which G2I conducts the vast majority of its core executive, administrative, and other business operations, including but not limited where employment decisions are made, policies are created and implemented, and where its directors, officers, and high-level agents make corporate decisions and direct operations. By way of example, in addition to being G2I's Chief Executive Officer, I am also G2I's President, Secretary, Treasurer, Director, and Founder; I live in Florida and my work is based out of G2I's Miami, Florida office.

4. Also based upon my knowledge of G2I and review of the documents set forth above, no publicly held corporation owns 10% or more of G2I's stock.

I declare under the penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on October 9, 2026, in San Francisco, California.

Signed by:
Gabriel Greenberg
3BC6886E09B84A5...
Gabriel Greenberg

McDermott Will & Schulte LLP
Attorneys At Law
Los Angeles