EVAN KROLL (SBN 333754)
ekroll@mcdermottlaw.com
**MCDERMOTT WILL & SCHULTE LLP**
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
Telephone: (310) 277-4110

Attorneys for Defendant
G2I Inc.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLES WALLACE, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>G2I Inc., a Florida corporation; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.<br><br>**PROOF OF SERVICE RE DEFENDANT G2I INC.'S NOTICE OF REMOVAL TO FEDERAL COURT**<br><br>[Removed from Butte County Superior Court, Case No 26CV02192]<br><br>Complaint filed: May 19, 2026<br>FAC filed: September 8, 2026<br>Trial date: TBD |

McDermott Will & Emery LLP
Attorneys At Law
Los Angeles

McDermott Will & Emery LLP
Attorneys At Law
Los Angeles

# PROOF OF SERVICE

I, Maria Torres-Masferrer, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 2049 Century Park East, Suite 3200, Los Angeles, CA 90067-3206. On October 9, 2026, I served a copy of the within document(s): (1) **DEFENDANT G2I INC.'S NOTICE OF REMOVAL TO FEDERAL COURT; (2) CIVIL COVER SHEET; (3) DECLARATION OF EVAN KROLL IN SUPPORT OF DEFENDANT G2I INC.'S NOTICE OF REMOVAL TO FEDERAL COURT; (4) DECLARATION OF GABRIEL GREENBERG IN SUPPORT OF DEFENDANT G2I INC.'S NOTICE OF REMOVAL TO FEDERAL COURT; (5) DEFENDANT G2I INC.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES**

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION [COURTESY COPY]**: I caused the document(s) to be sent from the e-mail address mtorresmasferrer@mcdermottlaw.com to the person(s) at the email address(es) listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **BY ELECTRONIC SERVICE (VIA ELECTRONIC FILING SERVICE PROVIDER)**: I caused the documents to be electronically transmitted to Case Anywhere, an electronic filing service provider, at www.caseanywhere.com pursuant to the Court's Initial Status Conference Order governing the matter titled *[TITLE]* LASC Case No.: ______ mandating electronic service. The transmission was reported as complete and without error to the address(es) as stated below:

☐ **BY OVERNIGHT DELIVERY:** by placing the document(s) listed above in a sealed FedEx envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a FedEx agent for delivery.

McDermott Will & Emery LLP
Attorneys At Law
Los Angeles

☐ **BY PERSONAL DELIVERY:** by hand delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ **BY REGULAR MAIL**: By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail in Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

| | |
|---|---|
| Charles Wallace<br>3723 Foothill Road<br>Oroville, CA 95966<br>Tel: 346-249-1507 | In pro per<br>E-Mail: realcharleswallace@gmail.com |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 9, 2026, in Los Angeles, California.

*/s/ Maria Torres-Masferrer*
Maria Trres-Masferrer