Charles Wallace
3723 Foothill Blvd.
Oroville, CA 95966
Telephone: (346) 249-1507
Email: realcharleswallace@gmail.com
Plaintiff In Pro Per

FILED

OCT 19 2026

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ______ DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLES WALLACE, an individual,<br>Plaintiff,<br>v.<br>G2I INC., a Florida corporation; and DOES 1–10, inclusive,<br>Defendants. | **Case No. 2:26-cv-03539-TLN-ICD**<br>Chief District Judge: Hon. Troy L. Nunley<br>Magistrate Judge: Hon. Ila C. Deiss<br>(Referred per E.D. Cal. L.R. 302(c)(21))<br>Prior Intake No.: 2:26-at-01877<br>Removed from Butte County Superior Court, Case No. 26CV02192<br>**PLAINTIFF'S MOTION FOR PERMISSION TO FILE ELECTRONICALLY (E.D. Cal. L.R. 133(b)(2)–(3))** |

Plaintiff Charles Wallace, appearing in propria persona, respectfully requests permission from the Court to file documents electronically through the Court's CM/ECF system in this action pursuant to Eastern District of California Local Rule 133(b)(2) and (3).

1. Plaintiff resides in Oroville, Butte County, California. Permitting electronic filing will allow Plaintiff to submit and receive filings promptly without the transit delay and expense of mailing physical paper sets from Oroville to the Sacramento Clerk's Office, which is particularly important given the fourteen-day opposition deadline under Local Rule 230(c) and Defendant's stated intention to move to compel arbitration.

2. Plaintiff has regular access to a personal computer, reliable high-speed internet access, an email account monitored daily (realcharleswallace@gmail.com), a scanner and word-processing software capable of generating legible, text-searchable PDF documents, and an active PACER account. Plaintiff is prepared to complete the Court's pro se CM/ECF e-filing registration and abide by all technical requirements.

3. Pursuant to Local Rule 133(b)(3), Plaintiff submits this request by written motion concurrently with Plaintiff's initial post-removal filings rather than by stipulation so that

Plaintiff can promptly request CM/ECF access upon appearance following Defendant's October 9, 2026 removal.

4. If granted permission, Plaintiff will comply with the Federal Rules of Civil Procedure, the Court's Local Rules, and all applicable standing and case management orders. Plaintiff understands and agrees that registering as a CM/ECF filing user constitutes consent to receive electronic service of all documents in this action pursuant to Federal Rule of Civil Procedure 5(b)(2)(E) and Local Rule 135(a) and (g)(1).

5. Plaintiff requests prospective permission to file electronically and will continue to file and serve documents in paper format in compliance with Local Rules 133(b)(2), 133(d), and 135(b)–(c) until the Court grants this motion and Plaintiff's CM/ECF filing access is activated. A separate [Proposed] Order accompanies this motion. Pursuant to Local Rule 133(b)(3), Plaintiff respectfully submits this motion for determination without oral argument.

Dated: October 15, 2026

______________________________

Charles Wallace, Plaintiff In Pro Per

Charles Wallace
3723 Foothill Blvd.
Oroville, CA 95966
Telephone: (346) 249-1507
Email: realcharleswallace@gmail.com
Plaintiff In Pro Per

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLES WALLACE, an individual,<br>Plaintiff,<br>v.<br>G2I INC., a Florida corporation; and DOES 1–10, inclusive,<br>Defendants. | **Case No. 2:26-cv-03539-TLN-ICD**<br>Chief District Judge: Hon. Troy L. Nunley<br>Magistrate Judge: Hon. Ila C. Deiss<br>(Referred per E.D. Cal. L.R. 302(c)(21))<br>Prior Intake No.: 2:26-at-01877<br>Removed from Butte County Superior Court, Case No. 26CV02192<br>**[PROPOSED] ORDER GRANTING PLAINTIFF PERMISSION TO FILE ELECTRONICALLY (E.D. Cal. L.R. 133(b)(2)–(3))** |

The Court has considered Plaintiff Charles Wallace's Motion for Permission to File Electronically pursuant to Local Rule 133(b)(2) and (3). Good cause appearing, Plaintiff's motion is GRANTED.

Plaintiff Charles Wallace may register to participate in the Court's CM/ECF electronic filing system in this action and, upon completing the Clerk's registration and access requirements, may file documents electronically in accordance with the Federal Rules of Civil Procedure, this Court's Local Rules, and all applicable orders of the Court. Plaintiff shall maintain current contact information and comply with all electronic-service requirements applicable to registered CM/ECF filing users.

This permission operates prospectively upon activation of Plaintiff's CM/ECF e-filing account and does not alter any existing deadline.

**IT IS SO ORDERED.**

Dated: ____________________

________________________________
ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE