Charles Wallace
3723 Foothill Blvd.
Oroville, CA 95966
Telephone: (346) 249-1507
Email: realcharleswallace@gmail.com
Plaintiff In Pro Per

FILED

OCT 19 2026

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ______ DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLES WALLACE, an individual,<br>Plaintiff,<br>v.<br>G2I INC., a Florida corporation; and DOES 1–10, inclusive,<br>Defendants. | **Case No. 2:26-cv-03539-TLN-ICD**<br>Chief District Judge: Hon. Troy L. Nunley<br>Magistrate Judge: Hon. Ila C. Deiss<br>(Referred per E.D. Cal. L.R. 302(c)(21))<br>Prior Intake No.: 2:26-at-01877<br>Removed from Butte County Superior Court, Case No. 26CV02192<br>**PLAINTIFF'S NOTICE OF CURRENT MAILING ADDRESS AND CONTACT INFORMATION**<br>**(Fed. R. Civ. P. 11(a); E.D. Cal. L.R. 131(a), 183(b))** |

Pursuant to Federal Rule of Civil Procedure 11(a) and Eastern District of California Local Rules 131(a) and 183(b), Plaintiff Charles Wallace, appearing in propria persona, provides notice of his current mailing address and contact information of record in this action:

Charles Wallace — 3723 Foothill Blvd., Oroville, CA 95966
Telephone: (346) 249-1507 | Email: realcharleswallace@gmail.com

Defendant's October 9, 2026 Proof of Service accompanying the Notice of Removal (ECF No. 1 / Intake Doc. 3-5 at page 3) lists Plaintiff's street address as "3723 Foothill Road." Plaintiff's correct street address is 3723 Foothill Blvd., Oroville, CA 95966, as stated on Plaintiff's state-court pleadings. Plaintiff requests that the Clerk's docket and all future mailings reflect the confirmed mailing address above. Listing an email address under Rule 11(a) does not constitute written consent to electronic service under Rule 5(b)(2)(E) prior to CM/ECF registration.

Dated: October 15, 2026

______________________________
Charles Wallace, Plaintiff In Pro Per