Charles Wallace
3723 Foothill Blvd.
Oroville, CA 95966
Telephone: (346) 249-1507
Email: realcharleswallace@gmail.com
Plaintiff In Pro Per

FILED
OCT 19 2026
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLES WALLACE, an individual,<br>Plaintiff,<br>v.<br>G2I INC., a Florida corporation; and DOES 1–10, inclusive,<br>Defendants. | **Case No. 2:26-cv-03539-TLN-ICD**<br>Chief District Judge: Hon. Troy L. Nunley<br>Magistrate Judge: Hon. Ila C. Deiss<br>(Referred per E.D. Cal. L.R. 302(c)(21))<br>Prior Intake No.: 2:26-at-01877<br>Removed from Butte County Superior Court, Case No. 26CV02192<br>**PLAINTIFF'S PROTECTIVE DEMAND FOR JURY TRIAL**<br>**DEMAND FOR JURY TRIAL**<br>**(Fed. R. Civ. P. 38, 81(c)(3); E.D. Cal. L.R. 201)** |

Pursuant to Federal Rules of Civil Procedure 38(b) and 81(c)(3) and Eastern District of California Local Rule 201, Plaintiff Charles Wallace hereby demands a trial by jury on all issues and claims triable of right by a jury in this action.

Plaintiff previously made an express written demand for a jury trial on the face of the First Amended Verified Complaint filed in Butte County Superior Court on September 8, 2026 prior to removal. Plaintiff maintains that express jury demand under Federal Rule of Civil Procedure 81(c)(3)(A) and files this protective demand within fourteen (14) days of Defendant's October 9, 2026 Notice of Removal out of an abundance of caution to preserve all jury trial rights in federal court.

This filing does not concede that a renewed jury demand was required under Rule 81(c)(3) or that removal was proper, and Plaintiff reserves all timely objections to removal.

Dated: October 15, 2026

______________________________
Charles Wallace, Plaintiff In Pro Per