FILED

OCT 19 2026

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ________

Charles Wallace
3723 Foothill Blvd.
Oroville, CA 95966
Telephone: (346) 249-1507
Email: realcharleswallace@gmail.com
Plaintiff In Pro Per

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLES WALLACE, an individual,<br>Plaintiff,<br>v.<br>G2I INC., a Florida corporation; and DOES 1–10, inclusive,<br>Defendants. | **Case No. 2:26-cv-03539-TLN-ICD**<br>Chief District Judge: Hon. Troy L. Nunley<br>Magistrate Judge: Hon. Ila C. Deiss<br>(Referred per E.D. Cal. L.R. 302(c)(21))<br>Prior Intake No.: 2:26-at-01877<br>Removed from Butte County Superior Court, Case No. 26CV02192<br>**CERTIFICATE OF SERVICE BY MAIL (Fed. R. Civ. P. 5(b)(2)(C), 5(d); E.D. Cal. L.R. 135(c))** |

I, Taylor Atchison, declare: I am over eighteen years of age, not a party to this action, and reside at 3723 Foothill Blvd., Oroville, CA 95966. On October 15, 2026, at Oroville, California, I served true copies of the following documents:

(1) PLAINTIFF'S CITIZENSHIP DISCLOSURE STATEMENT (Fed. R. Civ. P. 7.1(a)(2)); (2) PLAINTIFF'S MOTION FOR PERMISSION TO FILE ELECTRONICALLY (E.D. Cal. L.R. 133(b)(2)–(3)); (3) [PROPOSED] ORDER GRANTING PLAINTIFF PERMISSION TO FILE ELECTRONICALLY; (4) PLAINTIFF'S NOTICE OF CURRENT MAILING ADDRESS AND CONTACT INFORMATION; (5) PLAINTIFF'S PROTECTIVE DEMAND FOR JURY TRIAL; and (6) CERTIFICATE OF SERVICE BY MAIL,

by placing true copies thereof in a sealed envelope with first-class U.S. Mail postage fully prepaid and depositing it in the U.S. Mail at Oroville, California, addressed to Defendant's counsel: Evan Kroll, McDermott Will & Schulte LLP, 2049 Century Park East, Suite 3200, Los Angeles, CA 90067-3206. I declare under penalty of perjury under the laws of the United States of America (28 U.S.C. § 1746) that the foregoing is true and correct.

Executed on October 15, 2026, at Oroville, California.

________________________
Taylor Atchison