**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

CHARLES WALLACE,

Plaintiff,

v.

G21 INC., a Florida Corporation; and DOES 1-10, inclusive,

Defendants.

No. 2:26-CV-3539-TLN-ICD

ORDER

Plaintiff, who is proceeding pro se, brings this civil action. Pending before the Court is Plaintiff's motion for permission to access the Court's Electronic Case Filing (ECF) system. ECF No. 7. Plaintiff has complied with Local Rule 133(b)(3) and attests he has access to internet, a computer, an email account, and other necessary technology for utilizing the ECF system. ECF No. 7. Therefore, the Court finds that Plaintiff may be granted the Pro Se Party Exception under Local Rule 133(b)(2).

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion (ECF No. 7) is GRANTED.

Dated: October 22, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE