Charles Wallace
3723 Foothill Blvd.
Oroville, CA 95966
Telephone: (346) 249-1507
Email: realcharleswallace@gmail.com
Plaintiff Charles Wallace, In Propria Persona

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLES WALLACE, an individual,<br>Plaintiff,<br><br>v.<br><br>G2I INC., a Florida corporation; and DOES 1–10, inclusive,<br>Defendants. | Case No. 2:26-cv-03539-TLN-ICD<br><br>**DECLARATION OF CHARLES WALLACE IN SUPPORT OF MOTION TO REMAND [28 U.S.C. § 1447(c)]**<br><br>Hearing date: December 9, 2026<br>Time: 10:00 a.m.<br>Courtroom: 304, 3rd Floor (Redding)<br>Magistrate Judge: Hon. Ila C. Deiss<br>District Judge: Chief Judge Troy L. Nunley<br>Butte County Superior Court No. 26CV02192<br>Action filed: May 19, 2026<br>Removed: October 9, 2026 |

I, Charles Wallace, declare as follows:

## I. PERSONAL KNOWLEDGE, DOMICILE, AND EXHIBITS

1. I am the Plaintiff in this action and appear in propria persona. I submit this Declaration under 28 U.S.C. § 1746 to authenticate the exhibits filed with it (Exhibits B–C, N, R–S, U, X–AB, AG, AH, and AJ) and to state facts relevant to Plaintiff's Motion to Remand. Where I state what I did, saw, heard, received, or know, I state it from personal knowledge. Where I describe a filed record, a public record, or another

person's document, I state only what that document says, with a citation to it; I do not vouch for the truth of what another person wrote. If called as a witness, I could and would testify competently to the facts within my personal knowledge.

1A. Citation and exhibit conventions. "ECF No." refers to the docket-text entry numbers in Case No. 2:26-cv-03539-TLN-ICD (initially assigned intake number 2:26-at-01877), and "at" page numbers refer to the one-based PDF pages of that entry. Exhibit letters and page numbers are those stamped on each exhibit page ("EXHIBIT X — PAGE n OF N"); Exhibits B–C, N, R–S, U, and X–AB are in the Exhibit Compendium; Exhibits AG and AH are in the Supplement of Exhibits AG and AH; and Exhibit AJ is a separate one-page exhibit, all filed with this Declaration.

2. I am, and at all relevant times have been, domiciled in and a citizen of the State of California. Through March 31, 2026, I resided in Temecula, Riverside County, California. At the end of March 2026 I moved to 3723 Foothill Blvd., Oroville, Butte County, California 95966, where I have lived continuously since April 2026, including on May 19, 2026, September 8, 2026, and October 9–16, 2026. (These facts are within my personal knowledge.)

3. State-court record (Exhibits B–C). Mr. Kroll's declaration states that Exhibits A–C to it "constitute the entirety of the documents filed in the State Court Action" (ECF No. 1-2 at 3 ¶ 9). ECF No. 1-2 does not include the three-page Proof of Service docketed in state court on October 7, 2026 (Exhibit B; see Ex. C at 3). ECF No. 1-2 includes three pages that repeat earlier pages: page 63 repeats the June 29, 2026 Notice of Assignment at page 56, and pages 64–65 repeat the September 8, 2026 Notice of Filing First Amended Complaint at pages 49–50 (ECF No. 1-2 at 49–50, 56, 63–65).

(a) Exhibit B (pp. 1–3) — Proof of Service, Judicial Council form POS-010, ref. DM-05656, docketed October 7, 2026. Exhibit B is a true and correct copy of the signed three-page Proof of Service that the process-serving company sent me and that I e-filed in the state-court action; the portal lists it as filed on October 7, 2026 (Ex. C at 3). Page 1 identifies Case No. 26CV02192 (Ex. B at 1). Item 2 lists the documents served as:

"FIRST AMENDED COMPLAING; NOTICE OF FILING FIRST AMENDED COMPLAINT; PLAINTIFF'S REQUESTS FOR PRODUCTION; PLAINTIFF'S SPECIAL INTEROGGATORIES; PLAINTIFF'S REQUESTS FOR ADMISSIONS; VOLUNTARY ADVANCE REVIEW; FORM INTERROGATORIES; SUBPOENA" (spelling as printed) (Ex. B at 1). Item 3 names the party served as "G2I INC." through Gabriel Greenberg (Ex. B at 1). Items 4–5 state that personal service was made at 9284 Lake Serena Dr, Boca Raton, FL 33496-6501 on 09/12/2026 at 10:31 AM (Ex. B at 1). Page 3 contains the declaration of the process server, Kathy Frizzell, dated 09/12/2026 (Tracking # 0241464474, REF: DM-05656) (Ex. B at 3).

(b) Exhibit C (pp. 1–4) — Butte County Superior Court case portal printout, Case No. 26CV02192, October 21, 2026. Exhibit C is a true and correct printout of the Butte County Superior Court public case portal page for Wallace, Charles vs G2I Inc, which I printed on October 21, 2026, at 1:51 p.m. (the time printed on each page) (Ex. C at 1–4). Page 1 shows the case header, file date 05/19/2026, Judicial Officer Benson, Stephen E, and Case Status: Active (Ex. C at 1). Pages 2–3 list the May 19, 2026 Complaint and Civil Case Cover Sheet; the June 24, 2026 Summons and Proof of Service; the June 29, 2026 Notice of Assignment and Case Management Conference and Proof of Service of Summons/Complaint; the August 13, 2026 Request to Enter Default; the September 8, 2026 Amended Complaint and Notice of Filing First Amended Complaint as of Right; the 10/07/2026 Proof of Service of Summons/Amended Complaint; and a December 16, 2026 Case Management Conference at 10:30 a.m. (Ex. C at 2–3). Page 4 lists the documents (Ex. C at 4). The printout shows no Notice of Removal and no filing entry after October 7, 2026; the only later item is the December 16, 2026 Case Management Conference setting (Ex. C at 2–4). On October 28, 2026, at about 12:57 p.m., I viewed the same public portal page again; it still showed Case Status: Active, no Notice of Removal, a last filed entry dated October 7, 2026, and the December 16, 2026 Case Management Conference at 10:30 a.m. G2I's filings state that the notice was filed: its Notice of Compliance states that G2I "filed with the Superior Court in the State of

California, County of Butte, its Notice to the Clerk of Court of Removal of Action to Federal Court" and attaches a copy dated October 12, 2026 (ECF No. 2 at 2, 4–5), and Mr. Kroll's declaration refers to "filing a notice to state court of removal concurrently with filing the instant removal in federal court" (ECF No. 1-2 at 3 ¶ 7). The copy at ECF No. 2 at 4–5 bears no state-court filing stamp that I can see. I do not know whether the public portal shows every filing or every rejected e-filing submission; I do not know what the clerk has received but not posted. I have not received or seen any e-filing receipt, clerk filing confirmation, or conformed copy of a notice of removal filed by G2I in the state court.

4. Records I received (Exhibits N, R, S).

(a) Exhibit N (pp. 1–6) — G2I pay statements. Exhibit N is a true and correct copy of three two-page pay statements that I received for my work for G2I, issued through Deel PEO, LLC (dated 03-31-2026 at pages 1–2, 04-15-2026 at pages 3–4, and 04-20-2026 at pages 5–6) (Ex. N at 1–6). I received them from G2I and they are also available in my Deel account (personal knowledge). They identify my workgroup as "G2I INC - Remote - California (001445)" (Ex. N at 1, 3, 5) and the payer address as "G2I INC / Deel PEO, LLC / 548 Market St, Suite 67543 / San Francisco, CA 94104" (Ex. N at 2, 4, 6).

(b) Exhibits R and S — October 10 email and October 12 mailing.

• Exhibit R (p. 1) — October 10, 2026 email from Mr. Kroll. Mr. Kroll's October 9, 2026 declaration states that, "[a]side from filing a notice to state court of removal concurrently with filing the instant removal in federal court," G2I had not otherwise appeared or filed any documents in the State Court Action (ECF No. 1-2 at 3 ¶ 7). ECF No. 1 states that a copy of the Notice of Removal "will be promptly served on Plaintiff and filed with the Clerk of the Superior Court of the State of California, County of Butte" (ECF No. 1 at 3–4 ¶ 6). On Saturday, October 10, 2026, at 11:08 a.m. PDT, Mr. Kroll sent me the email reproduced in Exhibit R, which states: "G2I removed this matter to

federal court last night and we are filing the notice to state court on Monday morning." (Ex. R at 1.)

• Exhibit S (pp. 1–5) — October 12 email, Proof of Service, USPS tracking, and mailing label. Exhibit S contains: (1) Maria Torres-Masferrer's Monday, October 12, 2026 email, sent at 1:51 p.m. PDT, which I received, transmitting two attachments, an unconformed Notice to State Court of Removal dated October 12, 2026 (compare ECF No. 2 at 4–5) and a Proof of Service (Ex. S at 1); (2) the signed Proof of Service (Ex. S at 2; ECF No. 2 at 90), which states: "Under that practice it would be deposited with the U.S. Postal Service on that same day . . . I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit"; (3) the USPS Tracking printout for #9405540109628162711487 that I printed from tools.usps.com, which shows a shipping label created in Los Angeles, CA 90067 on October 12, 2026 at 4:51 p.m., the package accepted by USPS on October 14, 2026 at 10:36 a.m., and delivery in Oroville on October 16, 2026 at 11:58 a.m. (Ex. S at 3–4); and (4) my photograph of the Pitney Bowes USPS Priority Mail label (10/12/2026, From 90067, 028W0002310123) bearing USPS TRACKING # 9405 5401 0962 8162 7114 87, on the package delivered to me on October 16, 2026 (Ex. S at 5).

5. Recordings, messages, web pages, and Florida filings (Exhibits U, X, Y, Z, AA, AB). Exhibit U is my two-page summary of, with timestamped excerpts from, four recordings of Mr. Greenberg: two recruiting videos on Loom and two recorded interviews on YouTube (Ex. U at 1–2). As Exhibit U states, the excerpts are copied from the platforms' automatically generated captions, which do not identify speakers and contain transcription errors, and "[t]he recordings and caption files are preserved (SHA-256) and are available on request" (Ex. U at 1). Exhibit Z contains copies of LinkedIn messages Mr. Greenberg sent me (Ex. Z at 1–2), a March 2026 email chain on which I was copied at my G2I email address, charles.wallace@g2i.ai, as I received it (Ex. Z at 3–4), and selected caption text from a recruiting video (Ex. Z at 5). Exhibits X and

AA are true and correct copies of web and event pages that I captured, Exhibit Y contains Florida Department of State filings that I downloaded, and Exhibit AB is my summary of, with excerpts from, G2I job postings that I captured from jobs.ashbyhq.com/g2i.

(a) Recordings (Exhibits U, Z).

Quotations from Exhibit U below are given exactly as Exhibit U prints them, with its brackets and ellipses. Exhibit U's excerpts come from automatic captions, and some caption errors remain in them (for example, "Swix" and "La Tam") (Ex. U at 1). I listened to each recording at the timestamps stated, and I identify the speakers below from listening to them. Exhibit U summarizes the recordings' automatic captions. I have the recordings and can lodge them with the Court on request.

• February 24/25, 2026 Loom recruiting video (id e1009d964ce944b29d665c3207ac84ae). On February 25, 2026, Mr. Greenberg messaged me on LinkedIn: "I'm looking for someone with 0 to 1 experience that wants greater equity and operational autonomy in the human data space," and linked this Loom video (Ex. Z at 1). On March 2, 2026, Mr. Greenberg replied to me on LinkedIn: "yes this position is fully remote. we have team members across the US and Canada... and another large contingent in Brazil . . . ." (Ex. Z at 2.) I listened to the video on October 17 and 18, 2026. The captions do not identify speakers; I identify the speaker as Mr. Greenberg from his voice. In it the speaker says: "Hey everyone, my name's Gabe, I'm the founder of G2i." (Ex. U at 1, 00:00:00.750–00:00:03.810.) At 00:01:58.890–00:02:13.170, Mr. Greenberg says "And I own this outright" and "I don't need VC backing"; at 00:03:09.970–00:03:17.650, referring to Shawn "Swyx" Wang, he says: "He's running AI engineer main in SF and I spend all my time either in Miami or in SF"; and at 00:04:28.650–00:04:41.650, he says "every single executive on my team is a doer, and a builder." (Ex. U at 1.) At 00:03:09.970–00:03:17.650 one preserved automatic-caption copy prints "spent"; I listened to the recording and heard "spend." (Ex. U at 1.) In a November 27, 2025 Loom recruiting video (id fe621cd1991e4c0fa21cac591caab141, at 00:02:55.496–00:03:21.457), he says that G2I hires its teams mainly in the U.S., Canada,

and Latin America and hires design and QA engineers in Europe and the Middle East, and that "that's generally speaking how we co-locate, uh, in terms of time zones." (Ex. U at 1.) I recognize the speaker in both videos as Gabriel Greenberg, G2I's CEO, from my work with him at G2I, including recorded Loom videos he sent me directly, such as his March 11, 2026 video offering me the position.

• September 9, 2024 interview by Tejas Kumar (https://www.youtube.com/watch?v=dbwRNVuOdpM). In this interview Mr. Greenberg discusses the Entrepreneurial Operating System ("EOS") framework that G2I brought in; at about 00:15:31–00:15:41 he says "we brought in EOS entrepreneurial operating system it's a framework for running businesses" (caption text; this passage is not excerpted in Exhibit U). At 00:20:57.559–00:21:20.720, describing how EOS defines the roles of the "Visionary" and the "integrator," he says: "[they define what a] Visionary [and] integrator need to do you know who owns [the P&L, who makes the final calls] ... actually the integrator the COO makes the final decisions not the [CEO]" and continues: "but the COO the integrator breaks the [ties because the Visionary is supposed] to be like not the day-to-day manager" (quoted as Ex. U prints them; the bracketed words are from the surrounding caption lines, as Ex. U notes) (Ex. U at 2). In that passage he is describing what the EOS framework prescribes; he does not say there who G2I's integrator or COO is. At 00:07:05.240–00:07:14.199, he says: "I'm not a recruiter I never really have been you know um I run the product team here" (Ex. U at 2). At 00:16:29.839–00:16:41.600, he says: "um I built an Advisory Board you know I I own the company or or most of the the stock um some employees have option[s]" (Ex. U at 2). At 01:28:00.280–01:28:08.920, the host, Tejas Kumar, introduces his last question by describing G2I as "fully remote and has been since the beginning," and the reply begins "yeah" (Ex. U at 2). I listened to these passages and recognize both men's voices: Mr. Greenberg is the speaker at 00:07:05, 00:16:29, and 00:20:57, and at 01:28:00 Mr. Kumar makes the statement and Mr. Greenberg answers "yeah."

• March 26, 2026 email (Exhibit Z, pages 3–4). On March 26, 2026, at 15:36, Mr. Greenberg (gabe@g2i.co) sent an email with the subject "Re: [EXTERNAL] Miami Meeting" to Nguyen Bach (nguyenbach@microsoft.com), copying Weizhu Chen, Patrick Severs, and me at charles.wallace@g2i.ai (Ex. Z at 3). It states: "I just sent over an invite for our in person meeting next week. We booked a meeting room at the Hyatt Regency in Miami since I'll have most of the team flying in and we host our AI conference there each year. We are a distributed team across the US." (Ex. Z at 3.) Earlier messages in the chain propose a meeting on April 2, 2026, and include Mr. Bach's March 18, 2026 message, "We can visit your office on April 2 morning." (Ex. Z at 3–4.) Mr. Greenberg's email signature lists "1150 Nw 72nd Ave Tower 1 Ste 455 #17423, Miami, Florida 33126" (Ex. Z at 3–4).

• September 16, 2026 CodeTV interview (https://www.youtube.com/watch?v=B8AfcnlamA8). At 00:13:54.800–00:14:11.160, Mr. Greenberg says: "[I] built an advisory board. They don't Some own equity, you know, but they're not a VC-backed board and I go to them every quarter and I, you know, and they're like, 'Yes, we're aligned here. Yes, we're aligned here. Absolutely not. This is a terrible idea.'" and at 00:03:54.560–00:04:02.600 he says: "So, so we sat down as a as an executive team and said, we're going to make the shift." (Ex. U at 2.) I watched this interview and recognize the speaker at both passages as Gabriel Greenberg, G2I's CEO, from my work with him at G2I.

(b) Web pages and event pages (Exhibits X, AA, AB). I captured the pages in Exhibits X and AA on October 17, 2026, by saving each page, at the URL shown on the exhibit page, to PDF; the capture date and time print at the top of each page (between 11:54 a.m. and 12:02 p.m. on 10/17/26) (Ex. X at 1–12; Ex. AA at 1–4). I have not altered them, and each fairly and accurately shows the page as it appeared when I captured it. Exhibit X, pages 7–8 (the g2i.co privacy-policy page), were printed on October 17, 2026 at 12:02 p.m. from a copy of https://www.g2i.co/privacy-policy saved on my computer, so their footer shows that local file path rather than the web address

(Ex. X at 7–8). Exhibit X contains pages from g2i.ai/our-company (at 1–2), g2i.co/about (at 3–4), orc.ai/about (at 5–6), g2i.co/privacy-policy (at 7–8), orc.ai/terms (at 9–10), and orc.ai/privacy (at 11–12). The g2i.co/about page states: “We are headquartered in sunny Miami but our talent is spread out across the globe. From NYC to LA and Sao Paolo to London, we have you covered.” (Ex. X at 3.) Page 2 lists an Advisory Board of Kevin Van Gundy (former COO at Vercel), Hank Taylor (former CMO at Vercel), Merritt Baer, and Shawn Wang (Founder of Latent Space and AI Engineer) (Ex. X at 2). Page 1 lists “Gabe Greenberg” as Founder, “Gabriel Ferriera” as Head of Talent, and “Edu Brito” as CFO (Ex. X at 1); the orc.ai/about page lists Patrick Cason as Head of Engineering, “Eduardo Brito” as Head of Finance, and Hank Taylor as Head of Marketing (Ex. X at 6), and page 4 lists Gabriel Ferreira as Senior Talent Manager in São Paulo, Brazil (Ex. X at 4). The same page lists “Gabe Greenberg” as “Founder & CEO,” “Miami, Florida” (Ex. X at 4). Mr. Brito signed my March 12, 2026 offer letter for G2I (personal knowledge; see ECF No. 4-2 at 9 ¶ 15, which calls him “G2I’s Head of Finance and Operations”). None of these pages states where Mr. Brito works, and I do not know where he works. The Orc AI Terms of Use state that the service is “provided or operated by Orc AI Inc. and its affiliates” (Ex. X at 9) and give a contact address of 2125 Biscayne Blvd., Suite 204 #17243, Miami, Florida 33137 (Ex. X at 10); the Florida filings in Exhibit Y print the same street address with suite number #17423 (Ex. Y at 13, 19). The Orc AI Privacy Policy, effective June 26, 2026 (Ex. X at 11), defines the “Company” as “G2i Inc, 105 E. Atlantic Ave, Suite 200” and the “Country” as Florida, United States (Ex. X at 12). The g2i.co privacy-policy page also gives the address 105 E. Atlantic Ave, Suite 200 (Ex. X at 7); neither page 7 nor page 12 names a city. Exhibit AA contains the AI Engineer San Francisco event pages for June 29–July 2, 2026 (Ex. AA at 1–2) and the Luma pages for the June 30 “[AI Engineer] Frontier Coding Dinner co-hosted by G2i and AI Circle” in San Francisco (Ex. AA at 3–4). Exhibit AB summarizes 17 job postings that I captured; it states that 12 of the 17 carry both isRemote=true and workplaceType=Remote (Ex. AB at 1).

(c) Florida Department of State filings (Exhibit Y). Exhibit Y contains true and correct copies of documents that I downloaded on October 17, 2026 from the Florida Department of State, Division of Corporations website (search.sunbiz.org) by searching for “G2I INC” (Document No. P13000023966) and for the two entity names listed below, as the website provided them (personal knowledge). Pages 1–3 are G2I’s annual reports for 2024, 2025, and 2026 (Ex. Y at 1–3); pages 4–10 are G2I’s March 2026 filing of Articles of Validation and Articles of Amendment, signed by Mr. Greenberg and executed March 10, 2026 (Ex. Y at 4–10; see id. at 7, 10); and pages 11–21 are the October 2026 filings described in subparagraph (3) (Ex. Y at 11–21).

(1) Annual Reports. The Annual Report filed January 29, 2024 lists 9284 Lake Serena Dr., Boca Raton, FL 33496 (Ex. Y at 1). The reports filed January 30, 2025 (Ex. Y at 2) and May 27, 2026 (Ex. Y at 3) list 1150 NW 72nd Ave., Tower 1, Ste. 455 #17423, Miami, FL 33126. The 2024 and 2025 reports list Christopher D. Lebrun (10 Reynolds St., North Easton, MA 02356) with the title “FINANCE MANAGER,” and he signed both as “DIR OF FINANCE” (Ex. Y at 1–2). Exhibit Y contains no annual report filed between January 30, 2025 and May 27, 2026 (Ex. Y at 1–3).

(2) May 27, 2026 Annual Report (Ex. Y at 3). The 2026 Annual Report was filed May 27, 2026, eight days after this action was filed on May 19, 2026 (Ex. Y at 3; Ex. C at 1). It does not list Mr. Lebrun or Mr. Brito; it lists only Mr. Greenberg (President, CEO, Secretary, Treasurer, Director); and it gives as principal office 1150 NW 72nd Ave., Tower 1, Ste. 455 #17423, Miami, FL 33126, the same address as the 2025 report (Ex. Y at 2–3). I do not know when Mr. Lebrun’s role ended.

(3) October 2026 filings for two new entities (Ex. Y at 11–21). Florida foreign-qualification applications signed by Mr. Greenberg were filed on October 1 and October 6, 2026 for two Delaware entities formed on September 23 and 24, 2026: G2i Labs LLC (DE File No. 10780532, FL Doc. No. M26000015544) (Ex. Y at 11–15) and Orchestrator AI Inc. (DE File No. 10781509, FL Doc. No. F26000006079) (Ex. Y at 16–21), whose application lists “Orc AI Inc.” as the alternate name adopted for

transacting business in Florida (Ex. Y at 19). By a letter dated October 2, 2026 (Letter No. 526A00023408), the Florida Department of State returned the Orchestrator AI Inc. application, stating that the document number of the name conflict is L25000256363 (Ex. Y at 17). Both applications list 2125 Biscayne Blvd., Ste. 204 #17423, Miami, FL 33137 as the principal office (Ex. Y at 13, 19) and 9284 Lake Serena Dr., Boca Raton, FL 33496 as Mr. Greenberg's address (Ex. Y at 14, 20).

(d) What Mr. Greenberg's two declarations say about their sources and where they were signed. Mr. Greenberg's October 9, 2026 declaration states that it rests on "my review of: (a) G2I's business records . . . and (b) G2I's corporate filings with the Florida Secretary of State which are publicly available" (ECF No. 1-3 at 2 ¶ 1), and that he has access to "G2I's corporate documents filed with the Florida Secretary of State" (id. ¶ 2). Paragraph 3 refers to "G2I's Miami, Florida office" and describes it as the place "from which G2I conducts the vast majority of its core executive, administrative, and other business operations, including but not limited where employment decisions are made, policies are created and implemented, and where its directors, officers, and high-level agents make corporate decisions and direct operations" (ECF No. 1-3 at 2 ¶ 3). It states that it was executed "in San Francisco, California" (ECF No. 1-3 at 3). His October 16, 2026 declaration does not refer to the Florida Secretary of State, does not contain that clause, and refers to "G2I's Florida office" (ECF No. 4-3 at 2 ¶ 3); it states that it was executed in "Boca Raton, Florida" (ECF No. 4-3 at 3).

(e) Mailing-address web pages (Exhibit AG). Exhibit AG (pp. 1–4) is a true and correct copy of screenshots of the following web pages: (1) https://www.davincivirtual.com/loc/us/florida/miami-virtual-offices/facility-3404, captured at 22:45 UTC on October 21, 2026 (Ex. AG at 1); (2) https://ipostal1.com/miami-fl-virtual-address.php, captured at 22:46 UTC on October 21, 2026 (Ex. AG at 2–3); and (3) https://www.musesoftware.ai/contact/, captured at 22:48 UTC on October 21, 2026 (Ex. AG at 4). I captured each page with a browser screenshot tool on October 21, 2026 at the UTC times stated; the tool saved a full-length image of

each page and recorded a SHA-256 hash of it, and Exhibit AG reproduces, without alteration, the portion of each full capture that shows the quoted address text (Davinci segment 1 of 4; iPostal1 segments 1 and 5 of 7; Muse segment 1 of 2). I have the full captures and hash list and will provide them to the Court or Defendant on request. I reviewed each page after capture, and Exhibit AG accurately shows what each page displayed when I captured it. I do not know whether any of these businesses provides services to G2I or what its customers use the addresses for.

(f) Exhibit AJ (p. 1) — web page describing the Miami suite address. Exhibit AJ is a true and correct copy of a browser screenshot of https://www.equalityinarms.com/faq, captured on October 29, 2026, at 5:55 a.m. Pacific time, with the answer to "Do You Have A Physical Location?" expanded; the screenshot's SHA-256 hash is printed on the exhibit. I have viewed that page myself, and Exhibit AJ accurately shows what it displayed. The answer states: "No. We work with local gun ranges to provide a venue for training. Equality In Arms Defensive Training LLC. Mailing Address: 1150 NW 72nd Ave Tower 1 Ste 455 #17362, Miami, Florida 33126 (This address is a registered virtual address and is not a physical training location). Equality in Arms is based out of Orlando, FL but classes will be held in various locations throughout the state." (Ex. AJ at 1.) The street address and suite are the same as those in G2I's 2025 and 2026 Florida Annual Reports (Ex. Y at 2–3), with a different "#" number. As far as I know, Equality In Arms Defensive Training LLC has no connection with G2I, and I do not know who operates the mail service at that suite.

## II. JURISDICTIONAL DISCOVERY AND MEET-AND-CONFER

6. I have not seen G2I's internal records on where and by whom G2I's overall direction, control, and coordination were exercised, and I do not claim personal knowledge of them.

7. Meet and confer (Exhibit AH). Exhibit AH is a true and correct copy of my October 20, 2026 email exchange with Defendant's counsel, Evan E. Kroll

(ekroll@mcdermottlaw.com), as exported from my email account (Ex. AH at 1–2). On Tuesday, October 20, 2026, at 2:56 p.m., I emailed Mr. Kroll that I was filing a Motion to Remand under 28 U.S.C. § 1447(c) and an administrative motion under Local Rule 233 to hold the briefing and hearing on ECF No. 4 in abeyance until the Motion to Remand is decided, and asked whether Defendant would stipulate to remand and/or to holding ECF No. 4 in abeyance (Ex. AH at 2). At 3:03 p.m. Mr. Kroll replied: “We contend that removal was timely and proper based on diversity jurisdiction. Please provide the grounds for your contemplated motion to remand so that we can meaningfully meet and confer in accordance with the Rules.” (Ex. AH at 1.) At 3:41 p.m. I replied: “What Rule are you referring to? Also, since Defendant will not stipulate to remand, please confirm under E.D. Cal. Local Rule 233(a)(5) whether Defendant will stipulate to holding ECF No. 4 in abeyance until the Motion to Remand is decided.” (Ex. AH at 1.) Mr. Kroll replied in an email whose header shows 22:55 UTC (3:55 p.m. PDT): “Merely emailing us that you are filing motions is not meeting and conferring.” (Ex. AH at 1.) That email also restated Defendant’s position (it says “remand was proper”) and invited me to provide my position (Ex. AH at 1). No stipulation to remand or to hold ECF No. 4 in abeyance was obtained (personal knowledge). On October 23, 2026, I filed the abeyance request as ECF No. 12. The Court granted me access to CM/ECF on October 22, 2026 (ECF No. 11), and I am filing these papers through CM/ECF.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 29, 2026, at Oroville, California.

*Charles Wallace*

Charles Wallace
Plaintiff, In Propria Persona