**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLES WALLACE,<br>Plaintiff,<br>v.<br>G2I INC.,<br>Defendant. | No. 2:26-cv-3539-TLN-ICD<br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil action. Defendant removed this action from the Butte County Superior Court on October 9, 2026, based on diversity jurisdiction. ECF No. 1. Defendant then filed a motion to compel arbitration, ECF No. 4, which is set for hearing before the undersigned in Redding, California, on December 9, 2026, at 10:00 a.m. On October 23, 2026, Plaintiff filed a motion to continue the hearing until after an anticipated motion to remand could be heard and decided. ECF No. 12. In this filing, Plaintiff stated that his motion to remand would be filed on or before October 28, 2026. *Id.* To date, no such motion has been filed. Therefore, there is no basis to grant Plaintiff's request for a continuance.

The parties are advised that requests to appear remotely at the December 9, 2026, hearing on Defendant's motion to compel arbitration must be filed on or before December 2, 2026. Absent approval for remote appearances, parties are expected to appear in person in Redding, California.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for a continuance, ECF No. 12, is DENIED.

Dated: October 29, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE