EVAN KROLL (SBN 333754)
ekroll@mcdermottlaw.com
**MCDERMOTT WILL & SCHULTE LLP**
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
Telephone: (310) 277-4110

Attorneys for Defendant
G2I Inc.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

CHARLES WALLACE, an individual,

Plaintiffs,

v.

G2I Inc., a Florida corporation; and DOES 1-10, inclusive,

Defendants.

CASE NO. 2:26-CV-03539-TLN-ICD PS

District Judge: Chief Judge Troy L. Nunley
Magistrate Judge: Hon. Ila C. Deiss

**DEFENDANT G2I INC.'S SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES**

[Removed from Butte County Superior Court, Case No 26CV02192]

Complaint filed: May 19, 2026
FAC Filed: September 8, 2026
Trial date: TBD





MCDERMOTT WILL & SCHULTE LLP
ATTORNEYS AT LAW
LOS ANGELES

MCDERMOTT WILL & SCHULTE LLP
ATTORNEYS AT LAW
LOS ANGELES

**TO THE COURT, AND PLAINTIFF, *IN PRO PER*:**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned, counsel of record for Defendant G2I Inc., hereby supplements G2I Inc.'s previous Rule 7.1 Disclosure Statement:

Defendant G2I Inc. is a Florida Corporation with its principal place of business in Miami, Florida, as such, Defendant G2i Inc., is a citizen of Florida. Moreover, G2I Inc., does not have any parent corporations and there are no publicly held corporations that own 10% or more of G2I Inc.'s stock.

Moreover, the undersigned certifies that the following individuals/entities may have a pecuniary interest in the outcome of this case:

1. Plaintiff, Charles Wallace, *in pro per*:
2. Defendant G2I Inc.

These representations are made to enable the Court to evaluate possible disqualification or recusal. Defendant G2I will file an amended and/or updated corporate disclosure statement and certificate of interested parties pursuant to Rule 7.1 of the Federal Rules of Civil Procedure if and when such amendment and/or update is needed.

Dated: November 12, 2026 **MCDERMOTT WILL & SCHULTE LLP**

By: */s/ Evan E. Kroll*
EVAN E. KROLL
Attorneys for Defendant
G2I Inc.